UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BART D. KIMBER, from EEOC and OFO Appeal No. 2019005521<br><br>                                 Plaintiff,<br><br>v.<br><br>THOMAS W. HARKER, Acting Secretary, Department of the Navy, Agency<br><br>                                 Defendant. | Case No.: 21-cv-1487-BTM-WVG<br><br>**ORDER FOR PLAINTIFF TO FILE A MORE DEFINITE STATEMENT** |

Under Federal Rules of Civil Procedure Rule 8:

A pleading that states a claim for relief must contain:

(1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;

(2) a short and plain statement of the claim showing that the pleader is entitled to relief; and

(3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8.

Plaintiff has filed a complaint against Defendant Thomas W. Harker, Acting Secretary for the Department of the Navy. (ECF No. 1.) However, Plaintiff's complaint is largely unintelligible and it is unclear what actions by Defendant

Plaintiff is challenging.

Therefore, the Court will *sua sponte* order Plaintiff to file a more definite statement. *See* Fed. R. Civ. P. 12 (a more definite statement of a pleading to which a responsive pleading is allowed may be required where the pleading "is so vague or ambiguous that the party cannot reasonably prepare a response"). Plaintiff's more definite statement should be in the form of an amended complaint. Pursuant to Local Civil Rule 5.1(k), the amended complaint "must be made in numbered paragraphs, each of which must be limited, as far as is practicable, to a statement of a single set of circumstances."

Plaintiff's amended complaint should specify who each defendant is, and what actions by each defendant that Plaintiff is challenging. For example, in the caption of Plaintiff's complaint, he references "EEOC and OFO Appeal No. 2019005521." (ECF No. 1.) Plaintiff should clarify whether he is challenging the EEOC's decision on his appeal. Plaintiff's amended complaint should be filed within 30 days of entry of this order.

**IT IS SO ORDERED.**

Dated:  November 23, 2021

_____
Honorable Barry Ted Moskowitz
United States District Judge