# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BART D. KIMBER,<br><br>     Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA; and CARLOS DEL TORO, Secretary of the Navy,<br><br>     Defendants. | Case No.:  3:21-cv-01487-BTM-GC<br><br>**ORDER DENYING MOTION TO APPOINT COUNSEL**<br><br>**[ECF NO. 116]** |

//

//

//

21-cv-1487

Pending before the Court is the Plaintiff's motion for appointment of counsel. (ECF No. 116.) He argues that he should be appointed counsel pursuant to 42 U.S.C. § 2000e-5(f)(1) or 28 U.S.C. § 1915(e)(1). (*Id.* at 4–5.)

The motion is **DENIED** without prejudice. The Court denies the Plaintiff's claim for appointed counsel under 28 U.S.C. § 1915(e)(1) for the reasons set forth in the Court's prior order denying appointment of counsel filed on October 25, 2024. (ECF No. 82, at 13.) Under 42 U.S.C. § 2000e-5(f)(1), the Court is required to assess, "(1) the plaintiff's financial resources, (2) the efforts made by the plaintiff to secure counsel, and (3) whether the plaintiff's claim has merit." *Bradshaw v. Zoological Soc. of San Diego*, 662 F.2d 1301, 1318 (9th Cir. 1981). Although the Plaintiff has alleged his financial constraints and efforts to secure counsel, the Court cannot determine whether the Plaintiff's claim has merit at this stage. The Court notes that it has dismissed the Plaintiff's complaint in full twice before. (ECFs No. 54, 82.) Therefore, the Court denies the Plaintiff's claim for appointed counsel under 42 U.S.C. § 2000e-5(f)(1).

At the settlement conference on September 11, 2026, the Magistrate Judge may reexamine whether appointment of counsel would be appropriate. If this case is proceeding to trial after discovery is closed, the Plaintiff may reapply for appointed counsel.

**IT IS SO ORDERED.**

Dated: June 22, 2026

Honorable Barry Ted Moskowitz
United States District Judge